## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-02272-JDE | Date | February 17, 2026 |
|---|---|---|---|
| Title | Robert Mena v. ABC Shutter & Blinds, Inc., et al. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order to Show Cause re Sanctions for Failure to Comply with Court Order

On October 8, 2025, Robert Mena ("Plaintiff") filed a Complaint against ABC Shutter & Blinds, Inc. ("ABC") and Matthew Jon Mitchell, as Trustee of the Matthew & Stephanie Mitchell Family Trust ("Mitchell"). Mitchell answered the Complaint on January 15, 2026. Dkt. 14. ABC has not appeared. On January 15, 2026, the Court issued an Order Setting Scheduling Conference for February 26, 2026, that, among other things, ordered the parties to file a fully compliant Joint Rule 26(f) Report at least 21 days before the February 26, 2026 Scheduling Conference. Dkt. 16 ("Order"). The Order concluded:

> A failure by a party or counsel to participate in the joint meeting of parties/counsel, or to participate in the preparation of a Joint Report, or to file a Joint Report, within the time permitted may result in the imposition of sanctions and/or dismissal or entry of default.

Order at 3-4. As of the date of this Order, no Joint Rule 26(f) Report has been filed.

As a result, Plaintiff and Mitchell are each ORDERED TO SHOW CAUSE, in writing, by noon on February 19, 2026, why sanctions should not be imposed, including but not limited to monetary sanctions, for the apparent failure to comply with the Order. The parties may comply with this Order by filing a fully compliant Joint Rule 26(f) Report, after holding the meeting also ordered by the Order, by the above deadline.

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|